| | |
|---|---|
| 1 | ANATOLE A. GEICHE in pro per |
| | 460 31st Avenue |
| 2 | San Francisco, Ca 94121 |
| | Tel. (415) 752-5565 |
| 3 | |
| | Plaintiff |
| 4 | |

RECEIVED

DEC 22 PM 3:19

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ANATOLE A. GEICHE, | ) | |
| Plaintiff, | ) | Case No: 08-CV-03233-JL |
| | ) | |
| vs. | ) | STIPULATION AND [PROPOSED] ORDER |
| | ) | TO CONTINUE HEARING |
| | ) | ON DEFENDANTS' MOTION TO DISMISS |
| CITY AND COUNTY OF SAN FRANCISCO, | ) | COMPLAINT |
| INSPECTOR MICHAEL BECKER, | ) | |
| SERGEANT MITCH LANG, | ) | Current Hearing Date: Jan. 14, 2009 |
| NG ALPHA, | ) | Time: 9:30 a.m. |
| KEITH PARKER, | ) | Place: 15th Fl, Crtrm. F |
| TODD BROTHERS, | ) | |
| MATTHEW VALMONTE, | ) | Before: Hon. Chief Mag. Judge James Larsen |
| Defendants | ) | |
| | ) | Trial Date: Not Set |

TO THE COURT, ALL PARTIES AND THEIR COUNSELS OF RECORD:

WHEREAS plaintiff Anatole Geiche filed this action on July 3, 2008;

WHEREAS defendants City and Inspector Steger filed a motion to dismiss the complaint on November 6, 2008;

WHEREAS the parties have agreed to continue the hearing on this motion to February 25, 2008;

---

STIPULATION AND [PROPOSED] ORDER GRANTING EXTENSION OF TIME TO FILE
RESPONSE TO DEFENDANTS' MOTION TO DISMISS COMPLAINT TO FEBRUARY 25, 2008

1 of 2

1  IT IS HEREBY STIPULATED AND AGREED that the hearing on the defendant's
2  motion may be continued to February 25, 2008; plaintiff may file his response to the motion by
3  February 4, 2008, and defendants may file their reply by February 11, 2008.
4  The Case Management Conference has been continued to February 25, 2009 at 9:30 a.m.

DATED: December 22, 2008

DENNIS J. HERRERA, City Attorney
JOANNE HOEPER, Chief Trial Deputy
ANDREW GSCHWIND, Deputy City Attorney
Attorneys for Defendants

By: _____
ANDREW GSCHWIND

DATED: December 22, 2008

By: _____
ANATOLE GEICHE, plaintiff in pro per

[PROPOSED] ORDER

IT IS SO ORDERED.

DATED: December 23, 2008

_____
Judge of United States District Court

STIPULATION AND [PROPOSED] ORDER GRANTING EXTENSION OF TIME TO FILE
RESPONSE TO DEFENDANTS' MOTION TO DISMISS COMPLAINT TO FEBRUARY 25, 2008

2 of 2