United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANATOLE A. GEICHE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>　　　　Defendants.<br>_____/ | No. C 08-3233  JL<br><br>**AMENDED ORDER**<br>**(Amending Docket # 49)** |

　　This Court, by its order filed July 2, 2009 at Docket # 49, granted with leave to amend Defendants' motion to dismiss Plaintiff's Second Cause of Action for municipal liability under 42 U.S.C. §1983 and *Monell* against the City. The Court ruled that "Plaintiff shall in his amended complaint state the particular practice or policy of the City which he alleges caused his specific injury." However, the Court did not give Plaintiff a deadline for filing his amended complaint. Plaintiff is hereby ordered to file his amended complaint within 30 days of the date of this order, or this cause of action will be dismissed with prejudice, and his case will be closed.

　　IT IS SO ORDERED.

DATED: August 21,  2009

_____
James Larson
Chief Magistrate Judge

G:\JLALL\CHAMBERS\CASES\CIVIL\08-3233\Deadline to Amend.wpd