UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANATOLE A. GEICHE, | No. C 08-3233 JL |
| Plaintiff, | |
| v. | **DISMISSAL WITH PREJUDICE** |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendants. | |

This Court, by its order filed July 2, 2009 at Docket # 49, granted with leave to amend Defendants' motion to dismiss Plaintiff's Second Cause of Action for municipal liability under 42 U.S.C. §1983 and Monell against the City, the sole remaining claim. The Court ruled that "Plaintiff shall in his amended complaint state the particular practice or policy of the City which he alleges caused his specific injury." However, the Court did not give Plaintiff a deadline for filing his amended complaint. The Court on August 31 issued a new order to Plaintiff to file his amended complaint within 30 days of the date of that order, or this cause of action would be dismissed with prejudice, and his case closed.

The Court re-sent a copy of the order on October 13, 2009. There was no response from Plaintiff.

1       Accordingly, the case is dismissed with prejudice. Parties shall bear their own fees
2 and costs.     The clerk shall close the file.
3 IT IS SO ORDERED.
4 DATED: November 17, 2009

                                                                       James Larson
                                                                     U.S. Magistrate Judge

12 G:\JLALL\CHAMBERS\CASES\CIVIL\08-3233\DISMISSAL.wpd

**United States District Court**
For the Northern District of California